

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-24-00542-CV

**IN RE** Maria **SALAZAR**

Original Mandamus Proceeding[1]

### ORDER

On August 13, 2024, relator Maria Salazar filed a petition for writ of mandamus and a motion for temporary emergency relief seeking a stay of the trial court's July 3, 2024 Order Enforcing Division of Property and July 25, 2024 Temporary Orders for Modification of Parent-Child Relationship. We granted the motion for temporary emergency relief and stayed both orders on August 15, 2024.

After consideration, we CONDITIONALLY GRANT relator's petition for writ of mandamus. We ORDER the Honorable Jose Longoria to, within fifteen days of this order:

- vacate the July 3, 2024 Order Enforcing Division of Property; and

- vacate the portions of the July 25, 2024 Temporary Orders for Modification of Parent-Child Relationship that: (1) appoint real party in interest John Clayton Kingrey as the person with the exclusive right to designate B.E.K.'s primary residence; and (2) remove the geographic restrictions on B.E.K.'s primary residence.

The writ will issue only in the event we are informed Judge Longoria has failed to comply with this order.

We LIFT our August 15, 2024 stay.

It is so **ORDERED** on February 12, 2025.

---

[1] This proceeding arises out of Cause No. 21-06-61199-CV, styled *In the Matter of the Marriage of John Clayton Kingrey and Maria Kristina Kingrey and In the Interest of B.G.K., B.P.K., and B.E.K., Children*, pending in the County Court, Jim Wells County, Texas, the Honorable Jose Longoria, sitting by assignment.

_Lori I. Valenzuela, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

_Luz Estrada, Chief Deputy Clerk_